IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA BROOKS,** | : |
| *Plaintiff,* | : CIVIL ACTION |
| v. | : |
| **CENLAR FSB,** *A Subsidiary of Cenlar Capital Corporation,* | : NO. 21-3437 |
| *Defendant.* | : |

# ORDER

**AND NOW, TO WIT:** This 31st day of January, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Clerk of Court is directed to mark this case closed.

**KATE BARKMAN**
**Clerk of Court**

**BY:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy Clerk**
**To Hon. Mitchell S. Goldberg**